IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20639
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MINH CHINH TRAN, also known as Tom Tran,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-344-2
--------------------
March 3, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Minh Chinh Tran appeals the sentence imposed after his plea
of guilty to conspiracy to commit food stamp fraud and conspiracy
to launder money.  Tran's argument that the district court lacked
a factual basis in calculating the value of the funds involved in
the crime pursuant to U.S.S.G. § 2S1.1(b)(2).  The Presentence
Report sets forth facts and methodology used to calculate the
value.  Tran failed to present testimony, affidavit, or other
evidence to rebut the value as calculated in the PSR.  See United
States v. Puig-Infante, 19 F.3d 929, 943 (5th Cir. 1994); see

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

also <u>United States v. Mir</u>, 919 F.2d 940, 943 (5th Cir. 1990);
<u>United States v. Rodriguez</u>, 897 F.2d 1324, 1328 (5th Cir. 1990).

AFFIRMED.